UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERMAN L. FULTON,

      Petitioner,

v                                                           Case No. 1:04-cv-183

RAYMOND BOOKER,                                             Hon. Wendell A. Miles

      Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 20th day of March, 2007.

               /s/ Wendell A. Miles
               Wendell A. Miles, Senior Judge